STATE OF CONNECTICUT *v.* CHARLIE D. SANTIAGO

On the defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 236 (AC 27110), it is hereby ordered that no action is necessary on the petition.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided November 6, 2007

STATE OF CONNECTICUT *v.* CHARLIE D. SANTIAGO

The defendant's substituted petition for certification for appeal from the Appellate Court, 100 Conn. App. 236 (AC 27110), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Susan O. Storey,* chief public defender, and *Lauren Weisfeld,* senior assistant public defender, in support of the petition.

Decided November 6, 2007

STATE OF CONNECTICUT *v.* GERALD W.

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 784 (AC 26980), is denied.

*Raymond L. Durelli,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided November 6, 2007

RICHARD MACCHIETTO *v.* JOHN M. KEGGI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 769 (AC 26987), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Carey B. Reilly,* in support of the petition.

*Augustus R. Southworth III* and *Lauren J. Taylor,* in opposition.

Decided November 6, 2007

THOMAS PAYTON *v.* MARY ELLEN H. PAYTON

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 825 (AC 27037), is denied.

VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Geraldine Ficarra,* in support of the petition.

*Lori Welch-Rubin,* in opposition.

Decided November 6, 2007

ANTONIO LUCAS *v.* DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 762 (AC 27839), is denied.